Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ALAN PHILLIPS<br><br>Defendant. | Case No. 11-CV-00029-JAH-JMA<br><br>**NOTICE OF MOTION AND MOTION FOR ALTERNATE SERVICE ON DEFENDANT ALAN PHILLIPS** |

1.  Plaintiff hereby gives notice of its motion for an Order permitting service of the Summons and Complaint on Defendant Alan Phillips using alternate methods of service of process on these hidden foreign defendants pursuant to Fed. R. Civ. P., Rule 4(f)(3), by means of email to the Defendant's last known valid email addresses. This Motion is based upon the attached memorandum of points and authorities and supporting declarations.

Dated: January 26, 2011                    Respectfully submitted,

                                          s/ Marc Randazza
                                          Marc J. Randazza, SBN 269535
                                          Randazza Legal Group
                                          3969 Fourth Avenue Suite 204
                                          San Diego, CA 92103
                                          888-667-1113
                                          305-437-7662 (fax)
                                          mjr@randazza.com
                                          Attorney for Plaintiff, Liberty Media Holdings

1