# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Liberty Media Holdings, Inc.

V.                                                              **JUDGMENT IN A CIVIL CASE**

Quynn Alan Phillips

CASE NUMBER:   11CV0029-JAH(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment against defendant Quynn Alan Phillips is entered in favor of plaintiff in the amount of $63,867.00, consisting of $30,000.00 statutory damages per each infringed work (for a total of $60,000.00) plus $3,867.00 in attorneys fees. Defendant Quynn Alan Phillips is enjoined from any further infringement on plaintiff's copyrighted works.

| June 7, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk

ENTERED ON June 7, 2011